Filed 10/3/16 P. v. Neuman CA2/6

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b). This opinion has not been certified for publication or ordered published for purposes of rule 8.111.5.**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SIX

| | |
|---|---|
| THE PEOPLE,<br><br>　　Plaintiff and Respondent,<br><br>v.<br><br>ALAN RUSSELL NEUMAN,<br><br>　　Defendant and Appellant. | 2d Crim. No. B275620<br>(Super. Ct. No. 2014032494)<br>(Ventura County) |

Alan Russell Neuman appeals his conviction by plea for failure to register as a sex offender after an address change (Pen. Code, § 290.013, subd. (a))[1] and admission that he suffered a prior strike conviction (§§ 667, subds. (c)(1) & (e)(1); 1170.12, subds. (a)(1) & (c)(1)). The trial court granted a *Romero* motion (*People v. Superior Court* (*Romero*) (1996) 13 Cal.4th 497) to strike the prior strike conviction, suspended imposition of sentence, and granted appellant 36 months probation with 164 days county jail.

We appointed counsel to represent appellant in this appeal. After counsel's examination of the record, counsel filed an opening brief in which no issues were raised. On August 15, 2016, we advised appellant that he had 30 days within which to personally submit any contentions or issues he wished us to consider. We have received no response from appellant.

---

[1] All statutory references are to the Penal Code.

We have reviewed the entire record and are satisfied that appellant's attorney has fully complied with his responsibilities and that no arguable issues exist. (*People v. Wende* (1979) 25 Cal.3d 436, 443.)  The judgment is affirmed.

NOT TO BE PUBLISHED.

YEGAN, J.

We concur:

GILBERT, P. J.

PERREN, J.

Henry J. Walsh, Judge

Superior Court County of Ventura

_____

Jonathan B. Steiner, Executive Director, Richard B. Lennon, Staff Attorney, under appointment by the Court of Appeal, for Defendant and Appellant. No appearance by Respondent.